STATE OF CONNECTICUT *v.* ERNEST FRANCIS

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 901 (AC 28091), is denied.

SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Ernest Francis*, pro se, in support of the petition.

Decided September 10, 2008

KENNETH MARSHALL, JR. *v.* BRENDA J. SAWICKI

The defendant's petition for certification for appeal from the Appellate Court, 108 Conn. App. 418 (AC 28330), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant did not provide an adequate record for review to determine whether the trial court had shifted the burden of proof to the defendant to prove fair dealing?"

The Supreme Court docket number is SC 18225.

*Oliver B. Dickins*, in support of the petition.

Decided September 10, 2008